**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANA - IAM, et al., )<br>                    Plaintiff(s), )<br> )<br>vs. )<br> )<br>SABLES, LLC, )<br> )<br>                    Defendant(s). )<br>_____ ) | Case No. 2:16-cv-00998-RFB-NJK<br><br>ORDER |

     Pending before the Court is a discovery plan submitted by only Defendant. Docket No. 10. Discovery plans must be jointly submitted. *See* Local Rule 26-1(a). The Court hereby SETS a hearing on the discovery plan for 3:00 p.m. on July 28, 2016, in Courtroom 3B. The *pro se* parties and counsel for Defendant must attend, and shall be prepared to discuss an appropriate schedule for discovery and/or whether it is proper to stay discovery pending resolution of Defendant's motion to dismiss.

     IT IS SO ORDERED.

     DATED: July 21, 2016

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge