UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NANA IAM,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SABLES, LLC.,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-00998-RFB-NJK<br><br>**ORDER** |

　　　Before the Court is a Report and Recommendation issued by the Honorable Nancy J. Koppe, United States Magistrate Judge, regarding Plaintiff's Complaint. [1]

　　　On August 15, 2016, Judge Koppe issued a Report and Recommendation, recommending that Plaintiff's Complaint [1] be DISMISSED.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

　　　Under Local Rule IB 3-2(a), objections to the Report and Recommendation were due by September 1, 2016. No objections have been filed. The Court has reviewed the record in this case and agrees with Judge Koppe's recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the report and recommendation of Magistrate Judge Koppe [19] are ADOPTED in their entirety, and that Plaintiff's Complaint [1] is DISMISSED. The clerk's office is instructed to close the case.

DATED: September 26, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**